IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>           Plaintiff,<br><br>vs.<br><br>GEORGE LESLEY WEAVER, JR., and<br>ANNA IDIGIMA,<br><br>           Defendant. | 4:21CR3139<br><br>INDEX OF EVIDENTIARY<br>MATIERALS |

Pursuant to NECrimR 12.3(b)(2) and 49.2(a)(2), the government submits the following evidentiary material for the detention hearing set for October 27, 2021:

   Exhibit 1:  Lincoln Police Department ACI #35 held under Case #C1-075349.

Dated this 27th day of October, 2021.

                              Respectfully submitted,

                              UNITED STATES OF AMERICA

               By:   JAN W. SHARP
                     Acting United States Attorney
                     District of Nebraska

               And:      *s/Sara E. Fullerton*
                     SARA E. FULLERTON #18314
                     Assistant United States Attorney
                     487 Federal Building
                     100 Centennial Mall North
                     Lincoln, Nebraska 68508
                     Telephone: (402) 437-5241

CERTIFICATE OF SERVICE

      I hereby certify that on October 27, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

And I hereby certify that I have caused this document to be electronically mailed to the following non CM/ECF participants:

                                            s/ Sara E. Fullerton
                                            Assistant U.S. Attorney