# LPD ADDITIONAL CASE INFORMATION
# CASE# C1-075349 ACI# 35

By    951 DALTON 1239 09-23-2021

   PROBABLE CAUSE

|  | Additional Persons Mentioned | |
|---|---|---|
| **NAME** | **RACE/SEX/DOB** | **ADDRESS/PHONE** |
| George Weaver Jr suspect/arrested | b/m Redacted 85 | Redacted |
| Anna Idigima suspect/arrested | w/f Redacted -85 | Redacted |

Conspiracy 28-202 and 28-416

6-1-21 through 9-22-21, City of Lincoln:

   Beginning on or about June 1st 2021 and continuing through September 22nd 2021, in Lancaster County Nebraska, the defendants George Lesley Weaver Jr and Anna M. Idigima, did intentionally promote or facilitate the commission of a felony, by agreeing with other persons to solicit or engage in conduct resulting in commission of the offense of distribution and possession with intent to distribute one hundred forty grams (140) or more of a mixture or substance containing a detectable amount of cocaine, a schedule II controlled substance, and/or one hundred forty grams (140) or more of a mixture or substance containing a detectable amount of fentanyl, a schedule II controlled substance, in pursuance of the conspiracy in violation of Nebraska Revised Statute 28-202 and 28-416.
   Several individuals are cooperating in this investigation and will be identified herein by anonymity in order not to disclose their involvement in this criminal enterprise at this time, to preserve their safety, and to maintain the integrity of this on-going investigation.
   Witness 1, hereafter referred to as W1, reports that W1 obtained 1 ounce (28.35 grams) of a substance reported to W1 as cocaine from George Weaver Jr, on or before August 4th 2021. W1 states that this cocaine was thereafter provided to two individuals. Upon the consumption of this substance, the two individuals experienced negative effects that required medical intervention to include CPR and the administering of Narcan, a treatment to attempt to reverse the effects of a suspected opioid overdose. Evidence taken from the overdose scene was tested at the Nebraska State Lab and found to contain a mixture of cocaine and fentanyl. The two individuals survived.
   Witness 2, hereafter referred to as W2, reports that W2 obtained and unspecified amount of a substance reported to W2 as cocaine from George Weaver Jr. on or before August 18th 2021. W2 states that this cocaine was thereafter provided to an individual who experienced negative side effects that required medical intervention to include CPR, the administering of Narcan, and being admitted to the hospital. Officers responding to the overdose incident recovered physical evidence. The physical evidence was submitted to the Nebraska State Lab and found to contain a mixture of cocaine and fentanyl. The individual survived.
   Witness 3, hereafter referred to as W3, contacted the

**GOVERNMENT EXHIBIT 1**
US v. Weaver, et al
4:21CR3139

Lincoln/Lancaster County Drug Task Force to talk about George Weaver Jr. W3 was told prior to August 5th 2021, by a person hereinafter referred to as M.M., that George Weaver Jr. was obtaining large amounts of cocaine from 'Anna'. W3 was told that Anna works for the Nebraska State Patrol in the evidence Unit. W3 also described for investigators how Anna was removing the evidence that was set to be destroyed. W3 became familiar with Anna Idigima. M.M. died on August 7th 2021 from an overdose on August 5th 2021. The cause of death has not been determined as Investigators are awaiting the results of the autopsy.

   Witness 4, hereafter referred to as W4, was contacted my members of the Lincoln/Lancaster County Drug task Force. W4 reports that W4 obtained marijuana and MDMA directly from George Weaver Jr. and MDMA directly from Anna Idigima on or about July 15th 2021.

   Anna Idigima was employed as an Evidence Technician with the Nebraska State Patrol until August 17th 2021. She was responsible for evidence maintenance and had control and secure access to drug evidence seized by law enforcement officers of the Nebraska State Patrol. After August 26th 2021, the Nebraska State Patrol enlisted the assistance of the Lincoln/Lancaster County Drug Task Force to conduct an audit of the evidence maintained by the Nebraska State Patrol in Lancaster County, Nebraska. The audit, to include an examination of video evidence, determined that Anna Idigimaa had unlawfully removed one hundred forty grams or more of cocaine, a Schedule II controlled substance, and one hundred forty grams or more of fentanyl, a Schedule II controlled substance, from the Nebraska State Patrol evidence room.

   The investigation confirmed that George Weaver Jr., and Anna Idigima were involved in a personal relationship since approximately the middle of July 2021.

   George Weaver Jr and Anna Idigima were contacted/arrested on 9-23-21, 1445 hrs, at 2901 NW 48 (Granny Weavs Catering). Both were lodged in jail and tot C/O D. Johnson.

See all reports for details.

F. Dalton 951



NO IR/3468