PS 8
(Rev. 12/04)

# UNITED STATES DISTRICT COURT
## for the
### DISTRICT OF NEBRASKA

**SEALED**

U.S.A. vs. Anna Idigima                                                                                   Docket No. 4:21CR03139

Petition for Action on Conditions of Pretrial Release

     COMES NOW Megan N. Davis, PRETRIAL SERVICES OFFICER, presenting an official report upon the conduct of defendant Anna Idigima, who was placed under pretrial release supervision by the Honorable Cheryl R. Zwart sitting in the Court at Lincoln, on October 28, 2021, under the following conditions:

The defendant must:

(h) Avoid all contact, directly or indirectly, with any persons, who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: George Lesley Weaver

     Respectfully presenting petition for action of Court and for cause as follows:

Ms. Idigima was released from jail on November 4, 2021. Since November 6, 2021, Ms. Idigima and George Lesley Weaver have been communicating on the phone and have over 260 minutes' worth of conversation. The phone calls include Ms. Idigima and Mr. Weaver discussing the case, witnesses, and video evidence of their pending charges. In order to conceal their communication, Ms. Idigima is using her son's phone and Mr. Weaver is using other inmates phone accounts.

PRAYING THAT THE COURT WILL ORDER A SEALED WARRANT BE ISSUED FOR THE DEFENDANT'S ARREST REQUIRING HER TO APPEAR AND ANSWER TO THESE ALLEGATIONS.

ORDER OF COURT

Considered and ordered on **Nov 8, 2021** and ordered filed and made a part of the records in the above case.

_____
U.S. Magistrate Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: November 8, 2021

_____
Megan N. Davis
U.S. Probation and Pretrial Services Officer

Reviewed and Approved by:

_____
Kimi J. Jensen, Supervising
U.S. Probation and Pretrial Services Officer