| CASE NUMBER | LINCOLN POLICE | Narcotics Copy |
|---|---|---|
| C1-075349 | ADDITIONAL CASE INFORMATION | Aci# 64  PAGE: 1 |

| CREATED | PRINTED |
|---|---|
| By  1286 REYNOLDS(NR)  1426 11-09-2021 | 16:37 11-09-2021 |

**VICTIM**

| NATURE | OFFICER ASGN ORIGINAL CALL |
|---|---|
| NARCOTICS, INVEST. | 1487 DALE |

WEAVER AND IDIGIMA COMMUNICATIONS

### Additional Persons Mentioned

| NAME | RACE/SEX/DOB | ADDRESS/PHONE |
|---|---|---|
| Anna Idigima (Arrested) | W/F | Incarcerated |
| George Weaver Jr. (Arrested) | B/M | Incarcerated |
| Idigima (Mentioned) | W/M | |
| Juwlien Idigima (Mentioned) | W/M | |
| Reni Higer (Mentioned) | W/F | |

The Lincoln Lancaster County Narcotics Unit is conducting an on-going narcotics investigation involving Idigima and Weaver. As part of the investigation, investigators often listen to jail calls, ICS Solutions, to gain additional investigative information.

I was aware Idigima and Weaver weren't to be communicating by Judge Zwarts' order. Officer Ogan notified me the morning of November 8th that she found that Weaver and Idigima were communicating directly with each other. She said George Weaver was using two other inmates' ICS accounts and Anna Idigima was utilizing her son,           's phone (402-641-3778).

The communications and attempts between Weaver and Idigima were as follows:

| DATE | TIME | DURATION |
|---|---|---|
| 11/6/21 | 2130 | 20 minutes |
| 11/6/21 | 2152 | 20 minutes |
| 11/7/21 | 1037 | 20 minutes |
| 11/7/21 | 1629 | 20 minutes |
| 11/7/21 | 1705 | 20 minutes |
| 11/7/21 | 1743 | 20 minutes |
| 11/7/21 | 2149 | 20 minutes |
| 11/7/21 | 2212 | 13 minutes |
| 11/8/21 | 0728 | 20 minutes |
| 11/8/21 | 0749 | 20 minutes |
| 11/8/21 | 0926 | 0 minutes |
| 11/8/21 | 0928 | 20 minutes |
| 11/8/21 | 0949 | 20 minutes |
| 11/8/21 | 1011 | 14 minutes |
| 11/8/21 | 1102 | 20 minutes |

GOVERNMENT EXHIBIT

3

US v. Idigima
4:21CR3139

| Date | Time | Duration |
|---|---|---|
| 11/8/21 | 1236 | 20 minutes |
| 11/8/21 | 1348 | 20 minutes |
| 11/8/21 | 1456 | 20 minutes |
| 11/8/21 | 1628 | 20 minutes |
| 11/8/21 | 1840 | 10 minutes |
| 11/8/21 | 1851 | 16 minutes |
| 11/8/21 | 1958 | 0 minutes |
| 11/8/21 | 2142 | 10 minutes |
| 11/8/21 | 2157 | 18 minutes |
| 11/9/21 | 0740 | 0 minutes |
| 11/9/21 | 0742 | 0 minutes |
| 11/9/21 | 0808 | 0 minutes |
| 11/9/21 | 0822 | 0 minutes |
| 11/9/21 | 0823 | 0 minutes |
| 11/9/21 | 0840 | 0 minutes |

Officer Ogan is still reviewing all the calls and will be completing a report relative to the conversations between Weaver and Idigima. Due to the number of calls and the duration, the listening and documentation will take a lot of time. I spot checked the calls to confirm that the calls were between Idigima and Weaver and found that they were. I overheard personal conversations (sexual in nature), personal conversations about the children, conversations about evidence in their case, conversations about potential witnesses, and conversation about Anna not going to the doctor until she can get Medicaid approved.

After Idigima was lodged in jail on 11-9-21 for violating pretrial conditions, she made numerous calls. The reviews of all the calls are on-going, but two were of note. Idigima has two calls with 531-333-8262, one two minute call at 0917 and one five minute call at 0920. The user of the phone is believed to be Reni Higer. It sounds as if Anna refers to the female as Re.

11-9-21 at 0917
The following will be a summary of the call with presumably Reni Higer and Anna Idigima. The beginning of the call is the system saying Anna is making a free call and gives the receiver the opportunity to accept or reject the call. ICS Solutions gives the standard notification; this call will be recorded and subject to monitoring at anytime, thank you for using IC Solutions. You may begin speaking.

Anna informs the female that they revoked it and she can't talk about it. Anna said her attorney told her not to talk about it. Anna discussed that she was worried about her son, Juwlien, because he is angry. The female acknowledges, but said he'll be okay. Anna said I love my kids but I love George too. The female told Anna she needed to make a choice and it should have been her kids. Anna said I know. The female told her not to hate her then the call disconnected.

11-9-20 0920
The calling system went through the same process mentioned in the previous call. The female told Anna that she thought Anna got mad and hung up on her. The female tells Anna how much she cares for her and her children. She told Anna 'this man' is the reason you are where you are now. Anna denies he is the reason. Anna asked the female to trust her and that 'nobody knows

what I know.' The female tries to comfort Anna and said that she trusts her. The female goes on to say Anna needed to make her children her choice. Anna said you're right and that's the decision and it's love and that sucks. The female acknowledges Anna, but stated he should have understood too that her kids come first. Anna said you're right and he made the decision too, we both did and it's not his fault that I talked to him and it's not my fault he talked to me. It's, we made that decision we did, and does it suck, yes, and was it wrong, yes, absolutely. We both knew that and we both knew the risks. The female and Anna discuss that Anna was the only one taking risks because he didn't get out of jail, but she did. Anna said they revoked everything for him too. Anna said he took risks because he was supposed to get out to go to treatment. Anna said he was supposed to get out and be on an ankle monitor like her. Anna said he was supposed to be in Omaha at the end of this week. Anna said we both 'fucked' up, that's just what it is. Anna said it doesn't make us love our kids any less. The female maintained that he wasn't taking a risk because he remained in jail. The female said the kids aren't seeing it the way Anna is. The female said Juwlien is seeing that Anna is choosing this man over her kids. The female went on to say that Anna couldn't do the one thing the judge told you and do not have contact with that man or you're going back. She said to Anna that you didn't love your kids enough or you didn't want to be out with your kids enough to not have contact with him. She said to Anna, you knew the risks and you took it anyway, risking you would not be out with your kids, just to talk to him. The female told Anna that this is the way Juwlien is seeing it. Anna said it wasn't just to talk with him, she was talking with him because no one believes them and was unwilling to help them. Anna asked the female how their supposed to fight their case. Anna said no one else can work on their case because the computer and phones are at her house. Anna spoke about Google and Southwest information to support their case. The female told Anna that her attorney should be working to fight their case. The call ended.