# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **4:21CR3139** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **MOTION FOR CONTINUANCE** |
| | ) | |
| | ) | |
| **ANNA M. IDIGIMA,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**COMES NOW** Defendant, by and through her attorney, Jamel Connor, and hereby moves this Court to continue the phone conference currently set for December 1, 2021, at 1:00 p.m. until a date after December 7, 20201, to allow time for Defendant's counsel to review the discovery received at her office on November 19, 2021, the day after Mrs. Connor took leave for thirteen days.

All parties in this matter have been notified of this Motion. There are no objections.

**WHEREFORE**, Defendant prays that the phone conference be continued until a further date.

**DATED** this 22nd day of November, 2021.

ANNA M. IDIGIMA, Defendant

/s/Jamel J.W. Connor
Jamel J.W. Connor #27108
P.O. Box 24107
Omaha, NE 68124
402-819-9104
jameljwesq@gmail.com

CERTIFICATE OF SERVICE

    I hereby certify that on November 22, 2021, I electronically filed the foregoing with the Clerk of the Court of the United States District Court for the District of Nebraska using the CM/ECF system which sent notification of such filing to all registered participants. I also hereby certify that a copy of the same was served by regular mail, postage prepaid, to the following non-CM/ECF participants: None.

    /s/Jamel J.W. Connor
    Attorney for Defendant, Anna Idigima

## IN THE COUNTY COURT OF DOUGLAS COUNTY, NEBRASKA

| | | |
|---|---|---|
| **STATE OF NEBRASKA,** | ) | Case No. CR11-14471 |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **ORDER FOR CONTINUANCE** |
| | ) | |
| **TERRANCE PRATER,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**NOW** on this _____ day of July, 2021, the Motion to Continue the above captioned is well taken and the hearing in the above referenced matter is continued to _____, 2021, at \_\_\_\_\_:\_\_\_\_\_ a.m./p.m. in Douglas County, Nebraska.

**SO ORDERED**.

_____
County Court Judge

Prepared By:
Jamel Walker #27108
P.O. Box 24107
Omaha, NE 68124
402-819-9104
jameljwesq@gmail.com